UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRIANNA SCHLEICHER, ) <br> ) <br> Defendant. ) | NO. 2:20 CR 181-PPS/JEM |

**ORDER**

This matter is before me on the findings and recommendation of Magistrate Judge John E. Martin relating to defendant Brianna Schleicher's agreement to enter a plea of guilty to Count 8 of the indictment pursuant to Rule 11 of the Federal Rules of Criminal Procedure. [DE 27, 30.] Following a hearing on the record on December 8, 2021 [DE 30], Judge Martin found that defendant understands the charge, her rights, and the maximum penalty; that defendant is competent to plead guilty; that there is a factual basis for defendant's plea; and that the defendant knowingly and voluntarily entered into her agreement to enter a plea of guilty to Count 8 of the indictment charging her with making a false statement to a federally licensed firearms dealer, in violation of 18 U.S.C. § 924(a)(1)(A). Judge Martin recommends that the Court accept defendant's plea of guilty and proceed to impose sentence. Neither party has filed a timely objection to Judge Martin's findings and recommendation.

ACCORDINGLY:

Having reviewed the Magistrate Judge's findings and recommendation concerning defendant Brianna Schleicher's plea of guilty, to which no objection has been filed, the Court hereby ADOPTS the findings and recommendation [DE 30] in their entirety.

Defendant Brianna Schleicher is adjudged GUILTY of Count 8 of the indictment.

The sentencing hearing is SET for April 12, 2022, at 1:30 p.m. Hammond/Central time.

ENTERED: December 22, 2021.

    /s/   Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT